## A98A1518. GARY v. THE STATE.

(507 SE2d 242)

Judge Harold R. Banke.

John Gary pleaded guilty to shoplifting a pack of cigarettes having a value of $1.15. Due to his prior shoplifting record this offense was a felony. OCGA § 16-8-14. The trial court imposed a ten-year sen-

tence which Gary challenges as excessive in his sole enumeration of error. *Held*:

It is undisputed that Gary had at least three prior convictions for theft by shoplifting. OCGA § 16-8-14 (b) (1) (C) requires the imposition of felony sentences of up to ten years upon a conviction of a fourth shoplifting offense. The sentence imposed was within the statutory limits. This Court will not review for excessiveness sentences which fall within the statutory limits. *Sinkfield v. State*, 262 Ga. 239 (416 SE2d 288) (1992). Such issues should be addressed to the sentence review panel. *Hill v. State*, 212 Ga. App. 386, 390 (7) (441 SE2d 863) (1994).

*Judgment affirmed. Johnson, P. J., and Smith, J., concur.*

DECIDED SEPTEMBER 23, 1998.

*Copeland & Haugabrook, Karla L. Walker*, for appellant.
*J. David Miller, District Attorney, Jennifer A. Thomas, Assistant District Attorney*, for appellee.